UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
INSURED ADVOCACY GROUP II, LLC,                         :
                                                        :
                                    Plaintiff,          :
            -v-                                         :          25-CV-10479 (JMF)
                                                        :
COWBOY ROOFING & CONSTRUCTION SERVICES, :                              ORDER
LLC et al,                                              :
                                                        :
                                                        :
                                    Defendants.         :
                                                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 17, 2025, this action was removed from the Supreme Court of New York,

New York County, by Defendants Cowboy Roofing & Construction Services, LLC ("Cowboy

Roofing") and Devin McGee ("McGee").  *See* ECF No. 1 ("Notice of Removal").  Defendants

assert that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28

U.S.C. § 1332.  *See id.* ¶ 5.

It is well established that a limited liability company ("LLC") is deemed to be a citizen of

each state of which its members are citizens.  *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*,

213 F.3d 48, 51-52 (2d Cir. 2000).  Thus, a notice of removal premised upon diversity of

citizenship must allege the citizenship of natural persons who are members of an LLC and the

place of incorporation and principal place of business of any corporate entities that are members

of the LLC.  *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*,

757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621

(BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack

of diversity jurisdiction).  In the present case, the Notice of Removal fails to do so.  Although

Defendants adequately allege that Cowboy Roofing, whose sole member is Devin McGee, and Devin McGee are citizens of Louisiana, *see* Notice of Removal ¶ 8, they only allege the state of incorporation and principal place of business of the Plaintiff LLC, *see id.* ¶ 9, as opposed to the citizenship of its members.

Accordingly, it is hereby ORDERED that, on or before **January 6, 2026**, Defendants shall amend their Notice of Removal to allege the citizenship of each constituent person or entity comprising the Plaintiff LLC (including the state of incorporation and principal place of business of any corporate entity member).  If, by that date, Defendants are unable to amend their Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, New York County, without further notice to either party.

Finally, Defendants are directed to, **within two business days of this Order**, serve on Plaintiff a copy of this Order and to file proof of such service on the docket.  Counsel for Plaintiff is directed to file a notice of appearance on the docket **within two business days of such service**.

SO ORDERED.

Dated: December 19, 2025
        New York, New York

_____
JESSE M. FURMAN
United States District Judge

2